UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOLLOW SPIRITS, LLC,

    Plaintiff,                                           Civil No. 1:18-cv-00257-KK-JHR

v.

CORSON DISTILLING SYSTEMS, INC.,

    Defendant.

**NOTICE OF STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATE, STAY AND COMPEL ARBITRATION**

WHEREAS, Defendant Corson Distilling Systems, Inc., filed its Motion to Dismiss, or in the Alternate, Stay and Compel Arbitration ("Motion") on April 2, 2018;

WHEREAS, counsel for Plaintiff Hollow Spirits, LLC, and counsel for Defendant Corson Distilling Systems, Inc., have conferred and stipulated to allowing Plaintiff until April 30, 2018, to respond to Defendant's Motion;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Hollow Spirits, LLC and counsel for Defendant Corson Distilling Systems, Inc., that Plaintiff be granted until April 30, 2018, to respond to Defendant's Motion.

                                Respectfully submitted,

                                FREEDMAN BOYD HOLLANDER
                                GOLDBERG URIAS & WARD P.A.

                                *H. Jesse Jacobus, III*
                                H. Jesse Jacobus, III
                                Frank T. Davis
                                20 First Plaza, Suite 700
                                Albuquerque, New Mexico 87102
                                505.842.9960 Telephone

505.842.0761 Fax
hjj@fbdlaw.com
ftd@fbdlaw.com

I HEREBY CERTIFY that on the 23rd of April 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF system causing service on all parties.

*/s/ H. Jesse Jacobus*
H. Jesse Jacobus