# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**HOLLOW SPIRITS, LLC,**

    **Plaintiff,**

    vs.                                                       Civ. No. 18-257 MV/JFR

**CORSON DISTILLING SYSTEMS, INC.,**
**TORY CORSON and JOHN CORSON,**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings of Fact and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed June 19, 2019. Doc. 44. Objections were due by no later than July 3, 2019. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 44) are adopted.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED WITHOUT PREJUDICE**, for the reasons set forth in the Proposed Findings and Recommended Disposition.

_____
**MARTHA VÁZQUEZ**
**United States District Judge**