IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HOLLOW SPIRITS, LLC,**

    **Plaintiff,**

    vs.                                    Civ. No. 18-257  MV/JFR

**CORSON DISTILLING SYSTEMS, INC.,**
**TORY CORSON and JOSH CORSON,**

    **Defendants.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings of Fact and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed March 9, 2020.  Doc. 56.  Objections were due by no later than April 16.[1]  The parties have not filed any objections.  The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions.  *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 56) are **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Doc. 52) is well-taken and is **GRANTED**; and

---

[1] The Court mailed copies of the PFRD to Defendants' last known addresses on March 30, 2020.  Therefore, objections to the PFRD were due by April 16, 2020.  *See* Fed. R. Civ. P. 6(d) (when a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail) . . . 3 days are added after the period would otherwise expire).  On April 10, 2020, a copy of the PFRD mailed to Defendant Corson Distilling was returned as undeliverable.  Doc. 57.

**IT IS FURTHER ORDERED** that the Clerk is to enter judgment against Defendants in the sum certain amount of **$90,499.51.**

_____
**MARTHA VÁZQUEZ**
**United States District Judge**